AO 91 (Rev. 02/09) Criminal Complaint

## UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America<br>v.<br>MICHAEL KENNETH LeMONT<br><br>*Defendant* | )<br>)<br>)   Case No.  12-mj-01048-BNB<br>)<br>) |

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of  06/15/2011  in the county of  Arapahoe  in the _____ District of Colorado , the defendant violated  18  U. S. C. §  1001(a)(3) , an offense described as follows:

False statements

This criminal complaint is based on these facts:

See attached

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Thomas Osting
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  April 2, 2012

City and state:  Denver, Colorado

_____
BOYD N. BOLAND
*Judge's signature*

**BOYD N. BOLAND**
**United States Magistrate Judge**
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF ARREST WARRANT

### INTRODUCTION

I, Thomas Osting, being duly sworn, hereby depose and say:

1. I am currently employed as a Special Agent for the U.S. Department of Housing and Urban Development (HUD), Office of Inspector General. I have completed the Criminal Investigator training program at the Federal Law Enforcement Training Center (FLETC) and have over two years of experience as a Special Agent. My primary duties include investigations about possible violations of laws or regulations in the administration of HUD programs and activities and misconduct on the part of HUD employees and/or the recipients of HUD funds.

### THE ILLEGAL CONDUCT

2. On Wednesday, June 15, 2011, Michael K. LeMont submitted an application through an electronic system operated by the United States Office of Personnel Management (OPM) called the USA Staffing System (USASS). The application submitted by LeMont was for a vacancy in St. Louis, Missouri with HUD. The position that LeMont applied for was a "Supervisory Project Manager, GS-1101-13." The application materials LeMont submitted via USASS included his resume and a form SF-50 Notice of Personnel Action. On the resume, LeMont claimed he attended the University of Southern California (USC) and earned a Bachelor's Degree in Applied Economics and Business Management. His resume also stated that he spent four years in the United States Marine Corps (USMC) from May 1989 to May 1993 and achieved the rank of Infantry Operations Officer. The SF-50 submitted by LeMont indicated that he was promoted to the grade of GS-12 as a Project Manager on November 22, 2009.

3. On or about September 12, 2011, LeMont's name was submitted as the preferred hire for the vacancy by the selecting official for the Supervisory Project Manager position in St. Louis, Missouri with HUD. During the verification of LeMont's SF-50, it was discovered by HUD personnel that LeMont did not meet the minimum time in grade of one year at the GS-12 position. LeMont's actual promotion date to GS-12 was November 22, 2010, and his SF-50 that was submitted via the USASS had been altered to reflect an earlier promotion date. LeMont's selection for the GS-13 Supervisory Project Manager position was revoked due to this discovery.

4. On or about September 16, 2011, HUD's personnel office referred this information to the HUD, Office of Inspector General (OIG) for investigation. OIG investigators reviewed the application materials submitted by LeMont and compared them to his original employment application with HUD. OIG investigators noticed that LeMont did not indicate on his original application materials that he graduated from USC and that the dates of military service he reported on this original application were different. OIG investigators also found similar information about LeMont's purported degree and military service on several applications he had submitted for other positions within HUD.

5. On or about November 7, 2011, OIG investigators received a written statement from the Custodian of Records at USC, which indicated there was no record of LeMont ever attending that university.

6. On or about November 28, 2011, OIG investigators received records of LeMont's military service, which indicated he served in the USMC Reserves from December 1985 to May of 1987 and that his highest rank achieved was E-2 (Private 1st Class) before being demoted to E-1 (Private) prior to his discharge.

1

7.   On Wednesday, December 28, 2011, HUD-OIG investigators interviewed LeMont. LeMont stated initially that he had attended USC and that he was on active duty in the USMC from 1985 to 1987. LeMont later admitted that he did not attend USC and he did not reach the rank as indicated on his resume. He said his military service dates and rank were not correct, but that was a mistake on his part. The interview then ended at LeMont's request. LeMont returned to the OIG office later in the day and told investigators that he has been dealing with several personal problems including divorce, financial difficulties, and alcohol abuse. He further stated that he had a lapse in judgment when he submitted false information to HUD in his applications for vacancies with the agency.

8.   On March 5, 2012, an OIG investigator interviewed Brenda Waters, the selection official for the Supervisory Project Manager position with HUD in St. Louis, Missouri. Waters stated that if she had been aware that LeMont submitted false information on his employment application regarding his attendance at and graduation from college, she would not have selected him for the position. Waters also said that she would have changed her decision to select LeMont for the position if she had known he was not truthful about his tenure and rank in the military.

## CONCLUSION

9.   Based on the above information, I believe that there is probable cause to believe that Michael K. LeMont has knowingly and willfully made and submitted to HUD a false writing or document knowing the same to contain false statements regarding his professional and educational background with the intention of receiving a promotion, in violation of Title 18, United States Code, Section 1001(a)(3).

10.   Therefore, I request the issuance of an arrest warrant for LeMont, further identified as:

**MICHAEL KENNETH LEMONT**
White Male; Date of Birth       1967; Social Security Number

Thomas Osting
Special Agent
U.S. Department of Housing and Urban Development, OIG

Subscribed and sworn to before me this 2d day of April, 2012, in Denver, Colorado.

United States Magistrate Judge

2