(Rev. 04/07)                                                      DATE:

DEFENDANT:      MICHAEL KENNETH LeMONT

YOB:              1967

ADDRESS (CITY/STATE): Aurora, CO

COMPLAINT FILED? __X__ YES _____ NO

       IF YES, PROVIDE MAGISTRATE CASE NUMBER: __12-mj-01048-BNB__
       IF NO, PROCEED TO "OFFENSE" SECTION

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? _____ YES __X__ NO

       IF NO, A NEW WARRANT IS REQUIRED

OFFENSE:     Count 1: 18 U.S.C. 1001(a)(3) (false statement)

LOCATION OF OFFENSE (COUNTY/STATE): Arapahoe County, CO

PENALTY:     Count 1: NMT 5 years imprisonment, $250,000 fine or both, NMT 3 years supervised release

AGENT:       Tom Osting, HUD - OIG

AUTHORIZED BY:      Martha A. Paluch, Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

__X__ five days or less      _____ over five days      _____ other

THE GOVERNMENT

_____ will seek detention in this case      __X__ will **not** seek detention in this case