UNITED STATES OF AMERICA  
Plaintiff

v.                          Criminal Case No. 12-MJ-01048-BNB

MICHAEL K. LEMONT  
Defendant

---

### ENTRY OF APPEARANCE OF COUNSEL FOR THE DEFENDANT

---

COMES NOW, Thomas P. Byrnes, of Feldmann Nagel, LLC, and enters his appearance on behalf of the above-named Defendant in the above-referenced matter.

The Defendant has retained this firm to act as his Defense Counsel in this matter.

Dated in Denver, CO, this 9th day of April, 2012.

                                       Feldmann Nagel, LLC  
                                       Firm Name

                                       Thomas P. Byrnes, #39652  
                                       Michael G. Bryan, #43339  
                                       Name of Attorneys

                                       1228 15th Street, Suite 200  
                                       Denver, CO 80202  
                                       Office Address

                                       (303) 813-1200  
                                       Office Telephone Number

                                       tbyrnes@feldmann-nagel.com  
                                       Office E-Mail address

                                       *[signature]*  
                                       Thomas P. Byrnes, Esq.

## CERTIFICATE OF SERVICE

  I hereby certify that this 9th day of April, 2012, a copy of the foregoing document was filed with the court and provided to opposing counsel of record by mail and a faxed copy.

United States Attorney's Office
ATTN: AUSA Martha A. Paluch
District of Colorado
Denver, Colorado

             _Caroline E. Dotson_