IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-mj-01048-BNB

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. MICHAEL KENNETH LeMONT,

Defendant.

## INFORMATION

The United States Attorney charges that:

### COUNT 1

On or about June 15, 2011, in the District of Colorado, the defendant, MICHAEL KENNETH LeMONT, knowingly made false statements in an application and resume submitted to the United States Department of Housing and Urban Development (HUD) with the intent to defraud HUD, namely: that he 1) was promoted to Project Manager, GS-12, on November 22, 2009; 2) obtained a Bachelor's Degree from the University of Southern California; 3) served four years in the United States Marine Corps, from May 1989 to May 1993; and 4) obtained the rank of Infantry Operations Officer during his military service.

The foregoing count was in violation of Title 18, United States Code, Section 1012.

JOHN F. WALSH
United States Attorney

_____
Martha A. Paluch
Assistant U.S. Attorney