4/30/12

## INFORMATION SHEET

DEFENDANT:        Michael Kenneth LeMont

YEAR OF BIRTH:    1967

ADDRESS:          Aurora, CO

COMPLAINT FILED?         __X__ YES _____ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: ___12-mj-01048-BNB___

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?    __X__ YES _____ NO

OFFENSE:    Count 1: Title 18, United States Code, Section 1012, Making a False Statement to or for HUD with the Intent to Defraud HUD.

LOCATION OF OFFENSE: Arapahoe County, Colorado

PENALTY:    Count 1: NMT 1 year imprisonment, NMT a $100,000 fine or both; NMT 1 year supervised release, and; $25 special monetary assessment.

AGENT:      Thomas Osting, HUD

AUTHORIZED BY:  Martha A. Paluch
                Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

__X__  five days or less

_____  over five days

_____  other

THE GOVERNMENT will not seek detention in this case.

OCDETF case: NO