UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Kathleen M. Tafoya<br>U.S. Magistrate Judge | Nick Richards<br>Deputy Clerk |
| Case Number: 12-mj-01048-BNB | FTR KMT AM |
| May 14, 2012 | |
| UNITED STATES OF AMERICA | Martha Paluch |
| v. | |
| MICHAEL KENNETH LEMONT | Thomas Byrnes |

Probation: Gary Burney

## ARRAIGNMENT/CHANGE OF PLEA AND SENTENCING

Court in session: 10:36 am

Court calls case and appearances of counsel.

Court is in receipt of Plea Agreement and Statement in Advance of the Plea.

Court reiterates Consent to a Magistrate Judge and reviews Information with the defendant.

Court advises the defendant and reviews possible penalties with the defendant.

Government puts factual basis of case on the record. Government re-arraigns defendant.

Defendant enters a plea of GUILTY to all counts of the Information.

Court accepts plea as knowing and voluntary.

Both parties request to move to immediate sentencing.

Defendant and defense counsel put sentencing recommendation on the record. Government puts sentencing recommendation on the record.

**ORDERED:** The defendant is sentenced to 1 year Probation.  Defendant shall not commit another federal, state, or local crime, shall not possess a firearm, and shall comply with the standard conditions adopted by the court. The court imposes a special assessment fee of $25.00.

**ORDERED:** Defendant shall not incur new credit charges or open additional lines of credit without the approval of his Probation Officer.

Court advises defendant of rights to appeal, which is limited by plea agreement.

End time: 11:31 a.m.

Total time: 55 minutes

Hearing concluded.